STATE of Missouri, Respondent,

v.

Michael CARR, Appellant.

No. WD 34445.

Missouri Court of Appeals,
Western District.

Sept. 6, 1983.

James W. Fletcher, Public Defender, Gary L. Gardner, Asst. Public Defender, Kansas City, for appellant.

John Ashcroft, Atty. Gen., Sandra K. Stratton, Asst. Atty. Gen., Jefferson City, for respondent.

Before SOMERVILLE, P.J., and MANFORD and LOWENSTEIN, JJ.

ORDER

PER CURIAM:

This is a direct appeal from a jury conviction for robbery, second degree, in violation of § 569.030, RSMo 1978.

No jurisprudential purpose would be served by a written opinion.

Judgment affirmed.

All concur.

Rule 30.25(b).